47 A.3d 1175

John MILLINER, Petitioner

v.

COMMON PLEAS COURT OF PHILADELPHIA COUNTY, PA, Respondent.

No. 49 EM 2012.

Supreme Court of Pennsylvania.

July 6, 2012.

## ORDER

PER CURIAM.

AND NOW, this 6th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**